*I, PAM ESTES, Clerk* of the Court of Appeals for the Twelfth Court of Appeals District of the State of Texas, do hereby certify that Santander Consumer USA, Inc., Plaintiff in the trial court secured an extension of twenty-nine (29) days in which to file Appellee's Brief in the following numbered and entitled cause:

**Mary Lou Petty**

**No. 12-14-00148-CV**                    *vs.*

**Santander Consumer USA, Inc.**

This certificate is made pursuant to Tex. Rev. Civ. State. Ann. art. 5069, 1.05 sec. 3(c) (Vernon Supp. 1985) to assist the Clerk of the Trial Court in calculating the amount of post-judgment interest accrued.

WITNESS MY HAND and seal of said Court at Tyler, Texas, this 18th day of September 2015, A.D.



Respectfully yours,

PAM ESTES, CLERK

By: *Katrina McClenny*
Katrina McClenny, Chief Deputy Clerk